No. 00–568. NEW YORK ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.; and

No. 00–809. ENRON POWER MARKETING, INC. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. [Certiorari granted, 531 U. S. 1189.] Motion of Pennsylvania Public Utility Commission for leave to file a brief as *amicus curiae* granted. Motion of the Solicitor General for additional time for oral argument and for divided argument granted, and 10 additional minutes allotted for oral argument to be divided as follows: 20 minutes for petitioners in No. 00–568, 20 minutes for petitioner in No. 00–809, and 30 minutes for the Solicitor General. Request for divided rebuttal denied.

No. 00–730. ADARAND CONSTRUCTORS, INC. *v.* MINETA, SECRETARY OF TRANSPORTATION, ET AL. C. A. 10th Cir. [Certiorari granted, 532 U. S. 941 and 967.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 00–832. NATIONAL CABLE & TELECOMMUNICATIONS ASSN., INC. *v.* GULF POWER CO. ET AL.; and

No. 00–843. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* GULF POWER CO. ET AL. C. A. 11th Cir. [Certiorari granted, 531 U. S. 1125.] Motion of the Solicitor General for divided argument granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.